THE LAW OFFICES OF
# M.L. ZAGER, P.C.

| | |
|---|---|
| 461 Broadway - P.O. Box 948<br>Monticello, New York 12701<br>(845) 794-3660; (845) 794-3919 (fax) | JACOB R. BILLIG<br>ROBERT B. HUNTER<br>JOSEPH LOUGHLIN<br>**MICHAEL L. ZAGER, Of Counsel**<br>MICHAEL D. BAER, (NY, NJ) |

June 7, 2018

Clerk,
Judge Brian M. Cogan
USDC - EDNY
225 Cadman Plaza East
Brooklyn NY 11201

            Re: J&J Sports Productions, Inc. v Trung Dang, et al
            Our File #2216033
            Docket # 1:18-cv-02131-BMC
            Initial Status Conference Date: June 11, 2018 at 2:30pm

Dear Sir/Madam:

Our firm is counsel to the plaintiff regarding the above captioned action. The Court previously scheduled the initial status conference for May 23, 2018 at 4:45pm. On behalf of the plaintiff, the undersigned requested and received an adjournment of the initial status conference until June 11, 2018 at 2:30pm. The corporate-defendant, Tequilitas 2, Inc. was served with the Summons and Verified Complaint on April 11, 2018; its answer was due May 2, 2018; a certificate of default was filed on May 29, 2018.

On May 30, 2018 counsel for the Defendants, Argilio Rodriguez filed a Notice of Appearance and requested an extension of time to answer on behalf of the Defendants. The undersigned agreed to an extension of time to answer until June 30, 2018. As such, we are requesting a four (4) week adjournment of the June 11, 2018 conference in order to allow Defendants time to interpose an answer.

Respectfully submitted.

                 Very truly yours,
                 M.L. ZAGER, P.C.

                 By: Robert B. Hunter

RH/jm
cc:  Argilio Rodriguez, Esq.
    350 Fifth Avenue, Ste. 5909
    New York NY 10118

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.