```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                            :
J&J SPORTS PRODUCTIONS, INC.,                               :    ORDER
                                                            :
                              Plaintiff,                    :    18-cv-2131 (BMC)
                                                            :
              - against -                                   :
                                                            :
TRUNG DANG, Individually and d/b/a                          :
Angelitos de Noche; and TEQUILITAS 2, Inc.                  :
an unknown business entity d/b/a Angelitos de               :
Noche,                                                      :

                              Defendants.
----------------------------------------------------------- X
```

**COGAN**, District Judge.

Plaintiff filed suit against Trung Dang and Tequilitas 2, Inc., d/b/a Angelitos de Noche, alleging violations of the Communications Act of 1934, 47 U.S.C. § 605, and the Cable & Television Consumer Protection and Competition Act of 1992, 47 U.S.C. § 553. Defendant Dang has moved to dismiss the complaint. Defendant's [20] motion is denied.

Plaintiff alleges that defendant Dang is the principal and owner of Tequilitas 2, Inc., and that on the night at issue, defendant Dang "specifically directed or permitted the employees of Angelitos de Noche to unlawfully intercept and broadcast Plaintiff's Program at Angelitos de Noche or intentionally intercepted, and/or published the Program at Angelitos de Noche himself." That allegation, if true, "state[s] a claim to relief that is plausible on its face." Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (quoting Bell At. Corp. v. Twombly, 550 U.S. 544, 570

(2007)). See <u>Kingsvision Pay-Per-View Ltd. v. Villalobos</u>, 554 F. Supp. 2d 375, 381 (E.D.N.Y. 2008).

**SO ORDERED.**

                                                                                         _____
                                                                                                    U.S.D.J.

Dated:  Brooklyn, New York
          September 4, 2018